IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OWEN HARTY, Individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| BURLINGTON COAT FACTORY OF | : | |
| PENNSYLVANIA, L.L.C., | : | No. 11-01923 |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW** this 16th day of June, 2011, upon consideration of Defendant, Burlington Coat Factory of Pennsylvania, L.L.C's Motion to Dismiss (Doc. No. 2) and the Responses and Replies thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE